IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DOUGLAS S. QUEEN, ) | |
| Plaintiff, ) | 2:25-cv-02459-EFM-ADM |
| ) | |
| v.  ) Case No.: _____ | |
| ) | |
| CITY OF KANSAS CITY, KANSAS, ) | |
| KANSAS CITY KANSAS POLICE DEPARTMENT, ) | FILED |
| KANSAS CITY KANSAS FIRE/EMS, ) | U.S. District Court |
| KANSAS UNIVERSITY HOSPITAL, ) | District of Kansas |
| MISSION STUDIOS APARTMENTS, ) | AUG 11 2025 |
| NATALIE CANALE, ) | |
| SHAWNEE MISSION HOSPITAL, ) | Clerk, U.S. District Court |
| OSAWATOMIE STATE HOSPITAL, ) | By _____ Deputy Clerk |
| Defendants. ) | |

## COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND JURY DEMAND

Plaintiff Douglas S. Queen ("Plaintiff"), appearing pro se, brings this Complaint against the above-named Defendants for violations of his constitutional rights under the First, Fourth, and Fourteenth Amendments, retaliation for protected activity, violations of the Americans with Disabilities Act (ADA) and the Rehabilitation Act, and supplemental state law claims. Plaintiff seeks compensatory and punitive damages, declaratory relief, and a jury trial.

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983, the Americans with Disabilities Act (42 U.S.C. § 12132), and the Rehabilitation Act (29 U.S.C. § 794).
2. This Court has supplemental jurisdiction over state law claims under 28 U.S.C. § 1367.
3. Venue is proper in the District of Kansas under 28 U.S.C. § 1391(b) because all Defendants reside in this District and the events giving rise to these claims occurred within this District.
4. Related Cases: Plaintiff requests assignment to the same judge presiding over Case Nos. 2:25-cv-02292 and 2:25-cv-02298 pursuant to D. Kan. Rule 40.1, as the facts, parties, and legal issues overlap substantially.

## FACTS

5. Plaintiff resides in Kansas City, Kansas, and is a tenant at Mission Studios Apartments.
6. Plaintiff constructed a rain fly over his front porch to prevent severe water intrusion caused by improper slope of the concrete walkway toward his doorway, which results in pooling of several inches of water during rainstorms.
7. Without notice, apartment management entered Plaintiff's leased premises while he was absent and destroyed the rain fly, claiming code violations.
8. Shortly thereafter, Defendants engaged in retaliatory conduct, including false arrest for theft and property damage, based on fabricated allegations.
9. Plaintiff has multiple disabilities as defined by the ADA, of which Defendants had knowledge, yet failed to accommodate and instead targeted Plaintiff for asserting his rights.
10. Multiple agencies, including the Kansas City Kansas Police Department, Kansas City Kansas Fire/EMS, Kansas University Hospital, Shawnee Mission Hospital, and Osawatomie State Hospital, participated in or facilitated violations of Plaintiff's rights.
11. Defendants' conduct is part of a broader pattern of retaliation for Plaintiff's pursuit of legal remedies and public complaints.
12. Plaintiff has pending federal actions (Case Nos. 2:25-cv-02292 and 2:25-cv-02298) involving many of the same parties and issues.

## CAUSES OF ACTION

COUNT I – First Amendment Retaliation (42 U.S.C. § 1983)

13. Plaintiff engaged in constitutionally protected activity by filing complaints, pursuing litigation, and speaking on matters of public concern.
14. Defendants took adverse actions against Plaintiff, including destruction of property, false arrest, and public humiliation, in retaliation for these activities.
15. Defendants' actions would deter a person of ordinary firmness from continuing such protected activity.

COUNT II – Fourth Amendment Violations (42 U.S.C. § 1983)

16. Defendants unlawfully entered Plaintiff's leased premises without a warrant, consent, or exigent circumstances, and seized/destroyed Plaintiff's property.

COUNT III – Fourteenth Amendment Due Process Violations (42 U.S.C. § 1983)

17. Defendants deprived Plaintiff of property and liberty without due process of law.

COUNT IV – Americans with Disabilities Act (42 U.S.C. § 12132)

18. Plaintiff is an individual with disabilities and a qualified individual under the ADA.
19. Defendants, as public entities or those acting under color of state law, excluded Plaintiff from participation in, and denied him the benefits of, services, programs, or activities, and otherwise discriminated against him by reason of his disability.

COUNT V – Rehabilitation Act (29 U.S.C. § 794)

20. Defendants receive federal financial assistance and discriminated against Plaintiff solely by reason of his disabilities.

COUNT VI – State Law Claims (Trespass, Conversion, Negligence, Intentional Infliction of Emotional Distress)

21. Defendants unlawfully entered Plaintiff's premises, damaged his property, caused severe emotional distress, and acted negligently in maintaining property conditions.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court to:
a. Enter judgment in favor of Plaintiff and against Defendants jointly and severally;
b. Award compensatory damages in the amount of $5,000,000;
c. Award punitive damages in an amount to be determined by the jury;
d. Award reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988;
e. Grant declaratory relief that Defendants' conduct violated Plaintiff's rights;
f. Grant such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

*[signature]* 8/11/2025
Douglas S. Queen
Plaintiff, Pro Se
4348 Mission Rd #2 Kansas City, KS 66103
913 426 8576
ixlr8x2@gmail.com

## AFFIDAVIT OF DOUGLAS S. QUEEN IN SUPPORT OF COMPLAINT

I, Douglas S. Queen, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am the Plaintiff in this matter and make this affidavit in support of my Complaint for Damages, Declaratory Relief, and Jury Demand filed in the United States District Court.

2. The facts set forth in the Complaint are true and correct to the best of my knowledge. These events include multiple incidents of retaliation, false arrest, denial of rights, and other actions that I have suffered at the hands of the named Defendants.

3. I have personal knowledge of each event described in my Complaint, including the actions by City of Kansas City, Kansas Police Department, Kansas City Kansas Fire/EMS, Kansas University Hospital, Mission Studios Apartments, Natalie Canale, Shawnee Mission Hospital, and Osawatomie State Hospital.

4. These events have caused me severe emotional distress, financial loss, damage to my reputation, and violation of my constitutional and statutory rights.

5. I submit this affidavit to affirm the truth of my claims and to support my request for relief as stated in my Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ____ day of _____, 2025.

*[Signature: D. S. Queen]*   8/11/2025

Douglas S. Queen
Plaintiff, Pro Se
4348 Mission Rd #2
Kansas City, KS 66103
(913) 426-8576
dqueen1231@gmail.com